**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**WENDY ROSE,**

    **Plaintiff,**

**v.**                                                                                             Case No. 8:06-cv-2341-T-TBM

**MICHAEL J. ASTRUE,**
**Commissioner of the United States**
**Social Security Administration,**[1]

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 19). By this motion, the Commissioner seeks an Order remanding the case for the following reasons:

> For the administrative law judge to obtain vocational expert testimony to determine whether there are any jobs Plaintiff could perform in light of her residual functional capacity and all of the evidence of record, including any nonexertional limitations supported by the evidence of record. The hypothetical question posed to the vocational expert should include Plaintiff's documented exertional and nonexertional limitations.

The Commissioner certifies that Plaintiff does not object to the motion.

This motion is made pursuant to Sentence Four of § 405(g) of the Social Security Act, which provides: "The court shall have power to enter, upon the pleadings and transcript

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this suit.

of the record, a judgment affirming, modifying, or reversing the decision of the Secretary, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff. Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 19) is **GRANTED**. The decision is reversed and remanded for further proceedings before the Commissioner consistent with this Order. The Clerk is directed to enter Judgment in favor of the Plaintiff and to close the case. The matter of fees and costs shall be addressed upon further pleadings.

**Done and Ordered** in Tampa, Florida, this 13th day of September 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record